# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

April 22, 2016

*By ECF*

Honorable William H. Pauley III
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Sentencing is adjourned to June 17, 2016 at 2:30 p.m.

SO ORDERED:

/s/ William H. Pauley
WILLIAM H. PAULEY III
U.S.D.J.
4/22/16

Re:   *United States v. Elgin Reynolds*
      **15 Cr. 845 (WHP)**

Dear Judge Pauley:

    I write with the consent of Assistant United States Attorney Sagar Ravi to respectfully request that the Court adjourn the sentencing currently scheduled for May 6, 2016 at 3:30 p.m. I respectfully request that the Court adjourn the sentencing in this case by approximately 30 days. I would correspondingly request that the deadline for the filing of defense sentencing submissions and government sentencing submissions be extended by 30 days as well. The reason for the request is to allow counsel time to gather additional documents central to our sentencing arguments and to be able to effectively prepare for both the sentencing submission and sentencing hearing. This is the first request for an extension that has been made in connection with this case.

    Thank you for your consideration of these requests.

Very Truly Yours,

/s/
Jennifer Willis
Assisstant Federal Defender
(212) 417-8743

Cc: Sagar Ravi (via email)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/22/16